[No. 39855-5-I.     Division One.     December 22, 1997.]

DEBORAH SENN, *Respondent*, v. FRANK COLUCCIO
CONSTRUCTION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-01573-7, R. Joseph Wesley, J., entered
October 11, 1996. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 39867-9-I.     Division One.     December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. D.J.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06182-6, Richard A. Jones, J., entered
December 11, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39957-8-I.     Division One.     December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
TOLLISON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01193-7, Paul D. Hansen, J.,
entered December 18, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 40151-3-I.     Division One.     December 22, 1997.]

ROSALYNNE STAMPFES, *Appellant*, v. ACTION
APPRAISERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-08632-2, Kathryn E. Trumbull,
J., entered January 24, 1997. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Baker, C.J., and
Cox, J.